**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MARYANN WADDELL,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF ORANGE POLICE; CENTRAL INTELLIGENCE AGENCY; AND ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE,<br><br>        Defendants. | NO. SACV 19-1163-MWF(AS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 6, 2020

/s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE